**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: THOMAS A TRAVER
     Debtor.

CASE NO.: 3:06-bk- 1605

**STATEMENT OF INTEREST IN PROPERTY SPECIFIED IN 11 U.S.C.,§521(c)**

    The debtor has no interest in an account or program of the type specified in 11 U.S.C., §521(c), i.e.,Educational I.R.A. or Qualified State Tuition Program.

**DECLARATION CONCERNING STATEMENT OF INTEREST IN PROPERTY SPECIFIED IN 11 U.S.C.,§521(c)**

    I declare under penalty of perjury that I have read the foregoing Statement, consisting of 1 sheet including this page, and that it is true and correct to the best of my knowledge, information and belief.

Date: 5-24-06    SIGNATURE: _____
                                                            THOMAS A TRAVER

**CERTIFICATE OF SERVICE**

    I DO HEREBY CERTIFY that a copy of the foregoing was furnished to MAMIE L. DAVIS, ESQ., Chapter 13 Trustee, by electronic mail this 6 day of June, 2006.

_____
Albert H. Mickler
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 168960