**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS A. TRAVER | § | CASE NO.  06-01605-JAF |
| | § | CHAPTER   13 |
| | § | |
| | § | JUDGE   JERRY A. FUNK |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

| | |
|---|---|
| MAIL TO : | Respectfully submitted, |
| P. O. Box 829009, Dallas, Texas  75382-9009 | Brice, Vander Linden & Wernick, P.C. |
| | |
| | /s/ Joe M. Lozano, Jr. |
| | Joe M. Lozano, Jr. |
| | F# 7600-N-3723 |
| | 9441 LBJ Freeway, Suite 350 |
| | Dallas, Texas 75243 |
| | (972) 643-6600 / (972) 643-6698 (Telecopier) |
| | E-mail Address: notice@bkcylaw.com |
| | Authorized Agent for Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. |

**CERTIFICATE OF SERVICE**

  I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 16, 2006:

**Debtor's Attorney**
Albert H. Mickler
Attorney at Law
5452 Arlington Expressway
Jacksonville, Florida 32211

**Chapter 13 Trustee**
Mamie L. Davis
Post Office Box 4308/300 West Adams Street
Jacksonville, Florida  32201-4308

              /s/ Joe M. Lozano, Jr.
              Joe M. Lozano, Jr.

7600-N-3723
noaelect